**Dustin WALKER, Plaintiff–Appellant,**

v.

**Gene JOHNSON, Director of Virginia DOC; Officer Byrd; Officer Macklin; Two Unnamed Officers; George Hinkle, Chief Warden, Greensville Correctional; Unnamed Medical Staff at Greensville Correctional, Defendants–Appellees.**

No. 11–6146.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Dustin Walker, Appellant Pro Se.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dustin Walker appeals the district court's order denying his motion to reinstate his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Johnson,* No. 2:09–cv–00434–HCM–TEM (E.D.Va. Jan. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*